In the Matter of the Application of FRIEDERICH H. A. BRANDT to Confirm the Award Made in the Arbitration Proceedings between FRIEDERICH H. A. BRANDT and HANS J. SPANNER, ULRICH W. DOERING and EDMUND GERMER, Pursuant to Stipulation of Arbitration Submission Dated March 29, 1940. FREDERICH H. A. BRANDT, Petitioner-Respondent; HANS J. SPANNER and Others, Appellants.—

Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.